# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

REYES SALAZAR,                                                                        PLAINTIFF
ADC #156982

v.                          4:20CV01525-SWW-JTK

TIMOTHY D. THOMAS, et al.                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 25th day of March, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE